UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:23-cv-00563-KKM-JSS

**JENNIFER PINCARO,**

    Plaintiff,

v.

**BAYCARE HEALTH SYSTEM INC.
and AUTOMATED COLLECTION
SERVICES INC.,**

    Defendants.
_____/

**PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Plaintiff Jennifer Pincaro, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    None.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

    None.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate,

member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a.    Plaintiff Jennifer Pincaro;

    b.    Counsel for Plaintiff, Patti Zabaleta Law Group;

    c.    Counsel for Plaintiff, Thomas Patti, Esq.;

    d.    Counsel for Plaintiff, Victor Zabaleta, Esq.; and

    e.    Defendant Baycare Health System, Inc.

    f.    Defendant Automated Collection Services, Inc.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    No additional entities.

6. Identify each person arguably eligible for restitution:

    Plaintiff Jennifer Pincaro.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: March 17, 2023

Respectfully Submitted,

　/s/ Thomas Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail:   Tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail:   Victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3323 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone:    561-542-8550

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 17, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

　/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377